In the Matter of the Claim of CLARA. PTASZYNSKI, Appellant, against AMERICAN SUGAR REFINING COMPANY, Respondent. WORKMEN'S COMPENSATION BOARD, Respondent.

Argued May 28, 1953; decided July 14, 1953.

*Abraham Markhoff* for appellant.

*Quintard Joyner* for American Sugar Refining Company, respondent.

Order affirmed, without costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.